THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES KELLY, Appellant.—

Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.

VIRGINIA LAWANDUS, Respondent, v. LEO W. LAWANDUS, Appellant.—

Present — Goldman, P. J., Witmer, Gabrielli, Moule and Henry, JJ.